### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

SUSAN A. MORROW,

    Petitioner,

v.                                          CASE NO. 5:07cv73/MCR/AK

JAMES MCDONOUGH,

    Respondent.
_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 17, 2007. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a _de novo_ determination of any portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation, Doc. 14, is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus is **DENIED**, and this cause is hereby **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** this 19th day of June, 2007.

                                                         _s/ M. Casey Rodgers_
                                                      **M. CASEY RODGERS**
                                                      **UNITED STATES DISTRICT JUDGE**